UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLEVELAND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-01140-NONE-JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>ORDER DENYING PLAINTIFF'S MOTION TO CHANGE VENUE<br><br>(Doc. 15) |

On October 9, 2020, the Court dismissed the second amended complaint and directed the plaintiff to file a third amended complaint or a notice of voluntary dismissal of the action. (Doc. 11.) After plaintiff failed to do so, the Court ordered the plaintiff to show cause why the action should not be dismissed. (Doc. 12.) On November 17, 2020, the plaintiff filed a "Request for Court Hearing to Cure Deficiencies and Objection to Denial for Change of Venue," which the Court construed as a response to the order to show cause. (Docs. 13, 14.) The Court denied the request for a hearing "to cure the deficiencies" in the complaint and denied plaintiff's request for a hearing to object to the Court's order denying the change of venue. (Doc. 14.) The Court also provided plaintiff with the option to file a third amended complaint or to dismiss the action. (Id. at 2.)

On January 21, 2021, the plaintiff filed a motion for extension of time to amend the complaint and motion to change venue. (Doc. 15.) Good cause appearing therefore, the Court **GRANTS**

plaintiff's motion to extend time. Plaintiff SHALL file his third amended complaint **within 60 days** from the date of service of this order.

However, plaintiff's motion to change venue is **DENIED**. The Court has previously determined that venue is correct in this District. (See Docs. 11, 14.) The plaintiff may choose to dismiss this case and re-file it wherever he likes. However, he is again advised that should he do so, the new action will be amenable to dismissal for failure to file the action in the correct venue.

**The failure to comply with this order will result in a recommendation that the Court dismiss the action.**

IT IS SO ORDERED.

Dated:   **February 8, 2021**                         **/s/ Jennifer L. Thurston**
                                                                            UNITED STATES MAGISTRATE JUDGE