# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLEVELAND, | ) Case No.: 1:20-cv-01140-NONE-JLT |
| Plaintiff, | ) ORDER DISREGARDING MISCELLANEOUS MOTION |
| v. | ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | ) (Doc. 20) |
| Defendants. | ) |

On June 23, 2021, plaintiff filed a miscellaneous motion, titled by the plaintiff as a "Motion To Dissolve Eastern District of Wisconsin Temporary Restraining Order." (Doc. 20.) However, the Court has previously issued findings and recommendations to dismiss the action without prejudice (Doc. 18), to which plaintiff has already filed objections (Doc. 19). Therefore, plaintiff's motion is DISREGARDED.

IT IS SO ORDERED.

Dated: **June 24, 2021**     _ **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE